UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ELIZABETH BECKER,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,[1] Commissioner of Social Security,<br><br>   Defendant. | No. 1:19-cv-00893-AWI-GSA<br><br>**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S REQUEST TO PROCEED WITHOUT PREPAYMENT OF FEES** |

Plaintiff Jessica Elizabeth Becker, by her attorney Jonathon Pena, has lodged a complaint alleging that Defendant Commissioner of the Social Security Administration erred in denying her applications for disability insurance benefits pursuant to Title II, and supplemental security income pursuant to Title XVI of the Social Security Act. Plaintiff moves to proceed without prepayment of filing fees under 28 U.S.C. § 1915. Because Plaintiff's household has resources in excess of the federal poverty level, and income in excess of expenditures, the undersigned recommends that the Court deny Plaintiff's motion to proceed without prepayment of fees.

Plaintiff lives in a household of five persons, including Plaintiff, her husband and three dependent children[2] from Plaintiff's prior relationship. For 2019, the federal poverty level in

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

[2] Plaintiff reports that she provides 100 per cent of the children's support. Doc. 2.

1

California is $30,170.00 for a five-person household. www.aspe.hhs.gov/2019-poverty-guidelines (accessed July 1, 2019). Plaintiff's husband earns $2800 monthly ($33,600 annually) placing the household above the federal poverty line. Doc. 2.

In addition, the household receives $890.00 unspecified cash aid and $540.00 food stamps monthly. Doc. 2. Thus, total monthly household resources total $4230.00. Monthly expenses total $3615.00 ($1825.00, rent; $300.00, utilities; $240.00, telephones; $250.00 household supplies; $700.00, car payment; and $300.00, gas). Doc. 2. The excess of income over expenses is $615.00 monthly ($4230 − $3615 = $615.00).

Plaintiff also reports household assets of $200.00 in cash, checking or savings, and a 2016 Ford Expedition automobile valued at $71,000.00. Doc. 2.

Accordingly, the undersigned recommends that the Court deny Plaintiff's motion to proceed without prepayment of fees under 28 U.S.C. § 1915.

These Findings and Recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B). Within **fourteen (14)** days of service of this recommendation, Plaintiff may file written objections to these findings and recommendations with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the magistrate judge's Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the district judge's order. *Wilkerson v. Wheeler*, 772 F. 3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F. 2d 1391, 1394 (9th Cir. 1991); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)).

IT IS SO ORDERED.

    Dated: **July 3, 2019**             **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE