# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ELIZABETH BECKER,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-00893-AWI-GSA<br><br>**ORDER DISREGARDING FINDINGS AND RECOMMENDATIONS**<br><br>**Docs. 4 and 5** |

Plaintiff Jessica Elizabeth Becker ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits pursuant to Title II and supplemental security income pursuant to Title XVI of the Social Security Act. Doc. 1. On June 28, 2019, Plaintiff moved to proceed without payment of filing fees in the above-captioned case (*in forma pauperis*). Doc. 2. Following review of the information submitted with Plaintiff's motion, the magistrate judge issued findings and recommendations recommending that the Court deny Plaintiff's motion since her household income appeared to exceed both the federal poverty level and her household expenses. Doc. 4. The Findings and Recommendations directed Plaintiff to file any objections within fourteen (14) days. Doc. 4. On July 17, 2019, Plaintiff filed a long form report of her household finances,

which provided sufficient information to establish her eligibility to proceed without payment of filing fees. Doc 5.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that in light of the supplemental information provided with Plaintiff's objections, the Findings and Recommendations are no longer supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations dated July 17, 2019 (Doc. 4), shall be disregarded in full. The Court hereby DIRECTS the magistrate judge to enter an order authorizing Plaintiff to proceed without payment of filing fees in the above-entitled case (*in forma pauperis*).

IT IS SO ORDERED.

Dated:   August 21, 2019

_____
SENIOR DISTRICT JUDGE