MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
E-Mail: Jennifer.Tarn@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JESSICA ELIZABETH BECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00893-GSA<br><br>**STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jessica Becker ("Plaintiff"), and Defendant Andrew Saul, Commissioner of Social Security, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

///

///

///

///

Stip. To Voluntary Remand; 1:19-cv-00893-GSA    1

On remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the medical and other evidence in the record and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                          Respectfully submitted,

Dated: July 9, 2020                    PEÑA AND BROMBERG

                            By     /s/ *Jonathan Pena**  
                                        JONATHAN O. PEÑA  
                                        *\* As authorized by email on July 9, 2020*  
                                        Attorney for Plaintiff

Dated: July 9, 2020                    MCGREGOR W. SCOTT  
                                          United States Attorney  
                                          DEBORAH LEE STACHEL  
                                          Regional Chief Counsel, Region IX  
                                          Social Security Administration

                              By     /s/ *Jennifer Lee Tarn*  
                                          JENNIFER LEE TARN  
                                          Special Assistant U.S. Attorney  
                                          Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **July 9, 2020**                    **/s/ Gary S. Austin**  
                                                UNITED STATES MAGISTRATE JUDGE